BANK OF AMERICA *v.* WOODWORTH, 19 J. R. 390.

In S. Ct. 18 J. R. 315.

*Promissory Note ; Demand and Notice.*

THE Supreme Court held, in this case, that where the maker of a note endorsed by the defendant for the maker's accommodation, wrote on the margin, "payable at the Bank of America," without the knowledge or consent of the endorser, the endorser was liable upon a demand on the maker, made at the bank, and notice to him of the default of payment. But

The Court of Errors held, the demand insufficient to charge the endorser, on the sole ground that the memorandum, made subsequent to his endorsement, had been put upon the note, without his knowledge or consent.

Judgment *reversed* accordingly.